# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2020

159492-3(64)

SAMANTHA LICHON,
　　　　　Plaintiff-Appellee,

v

MICHAEL MORSE and MICHAEL J.
MORSE, PC,
　　　　　Defendants-Appellants.
_____/

JORDAN SMITS,
　　　　　Plaintiff-Appellee,

v

MICHAEL MORSE and MICHAEL J.
MORSE, PC,
　　　　　Defendants-Appellants.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159492
COA: 339972
Oakland CC: 17-158919-CZ

SC: 159493
COA: 341082
Wayne CC: 17-008068-CZ

　　　　On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before March 4, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020



Clerk